UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>SHAQUILLE JOHN,<br>                    Defendant. | 25 Cr. 513 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

WHEREAS the parties are scheduled to appear before the Court today, November 19, 2025, at 2:30 p.m., *see* ECF No. 9; and

WHEREAS this morning, the U.S. Marshals Service notified the Court and counsel for both parties by email that Defendant Shaquille John "refused transport" to Court and inquired whether the Court would be issuing a force order (the "Notification"); and

WHEREAS counsel for Defendant responded to the Notification that she opposed issuance of a force order, explaining that Defendant "did not know he had court today and wanted to speak to [counsel] first";

IT IS HEREBY ORDERED that the conference scheduled for Wednesday, November 19, 2025 at 2:30 p.m. is ADJOURNED to **December 4, 2025** at **3:45 p.m.**

IT IS FURTHER ORDERED that Defendant is hereby notified that **if he refuses to attend the proceeding on December 4, 2025, the Court will enter a force order to compel his attendance**.

SO ORDERED.

Dated: November 19, 2025
       New York, New York

                                                    _____
                                                    JENNIFER H. REARDEN
                                                    United States District Judge