UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 25 Cr. 513 (JHR) |
| -v.- | ORDER |
| SHAQUILLE JOHN, | |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

The Court has been informed that Defendant may wish to enter a change of plea.

Accordingly, it is hereby ORDERED that the status conference scheduled for February 17, 2026

is adjourned *sine die*.  On **February 25, 2026** at **2:30 p.m.**, a plea proceeding shall take place in

Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New

York, New York 10007.

SO ORDERED.

Dated:  February 10, 2026
         New York, New York

_____
JENNIFER H. REARDEN
United States District Judge