# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 23, 2026

**By ECF**

Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

*Application GRANTED. Defendant's sentencing is hereby adjourned to* **August 6, 2026 at 11:45 a.m.**

*The Clerk of Court is directed to terminate ECF No. 26.*

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Dated: June 25, 2026*

Re:    *United States v. Shaquille John*, 25 Cr. 513 (JHR)

Dear Judge Rearden:

I write on behalf of Shaquille John, without objection from the Government, to respectfully request an adjournment of Mr. John's sentencing hearing from July 7, 2026 at 2 p.m. to August 6, 2026 at 11:30 a.m., when I understand the Court and all parties will be available. This is a first adjournment request, and the additional month will allow time for me to complete our mitigation investigation in preparation for sentencing.

Thank you for your consideration of this request.

Sincerely,

/s/
Nora Stephens
Assistant Federal Defender
(212) 417-8784

cc:    AUSA Patrick Gallagher